# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **CHRISTOPHER WILLIAMS** | **CIVIL ACTION NO. 21-4105-P** |
| **VERSUS** | **CHIEF JUDGE HICKS** |
| **NURSE ESQUENTINI, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

## MEMORANDUM ORDER

Before the court is a civil action filed by pro se plaintiff Christopher Williams, pursuant to 28 U.S.C. § 1331. This complaint was received and filed in this court on November 30, 2021. Plaintiff is currently incarcerated in the USP in Pollock, Louisiana, but complains his civil rights were violated while incarcerated in the USP in Victorville, California. He names Nurse Esquentini, Nurse Cortez-Reyes, Female Nurse, Warden Wolever, Compound Officers X5, USA, and Lt. Hoffman as defendants.

Pursuant to the authority granted in 28 U.S.C. § 1406, **IT IS HEREBY ORDERED** that the Clerk of Court **TRANSFER** the above captioned case to the United States District Court for the Central District of California, Eastern Division, the district in which the alleged cause of action arose. See 28 U.S.C. § 1391.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 3rd day of January 2022.

Mark L. Hornsby
U.S. Magistrate Judge